IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION , | ) ) | CIV. NO. 09-00068 JMS-LEK<br>CIV. NO. 09-00069 JMS-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER ADOPTING |
| | ) | MAGISTRATE'S FINDINGS AND |
| BILLION COUPONS, INC., ET AL. | ) | RECOMMENDATION TO GRANT |
| | ) | RECEIVER'S MOTION FOR |
| Defendants. | ) | AUTHORITY TO COMMENCE |
| _____ | ) | LITIGATION TO RECOVER |
| | ) | FRAUDULENT TRANSFERS AND |
| U.S. COMMODITY FUTURES | ) | OTHER CLAIMS, FOR |
| TRADING COMMISSION, | ) | AUTHORITY TO MAKE |
| | ) | SETTLEMENT OFFERS, AND |
| Plaintiff, | ) | FOR SUBSEQUENT |
| | ) | SETTLEMENT AUTHORITY; |
| vs. | ) | AND GRANTING RECEIVER'S |
| | ) | REQUEST TO FILE UNDER SEAL |
| BILLION COUPONS, INC., ET AL. | ) | THE RECOMMENDATION |
| | ) | REGARDING AUTHORITY TO |
| Defendants. | ) | MAKE SETTLEMENT |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S  FINDINGS AND
RECOMMENDATION TO GRANT RECEIVER'S MOTION FOR AUTHORITY
TO COMMENCE LITIGATION TO RECOVER FRAUDULENT TRANSFERS
AND OTHER CLAIMS, FOR AUTHORITY TO MAKE SETTLEMENT
OFFERS, AND FOR SUBSEQUENT SETTLEMENT AUTHORITY; AND
GRANTING RECEIVER'S REQUEST TO FILE UNDER SEAL THE
RECOMMENDATION REGARDING AUTHORITY TO MAKE SETTLEMENT

Findings and Recommendation to Grant Receiver's Motion for

Authority to Commence Litigation to Recover Fraudulent Transfers and Other

Claims, For Authority to Make Settlement Offers, And For Subsequent Settlement

Authority; and Granting Receiver's Request to File Under Seal the

Recommendation Regarding Authority to Make Settlement having been filed and

served on all parties on July 13, 2009, and no objections having been filed by any

party,

      IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to

Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the

Findings and Recommendation are adopted as the opinion and order of this Court.

      IT IS SO ORDERED.

      DATED:  Honolulu, Hawaii, July 29, 2009.



```
  /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge
```

*U. S. Commodity Futures v. Billion Coupons, Inc., et al.*, Civ. No. 09-00068 JMS/LEK, Civ. No.
09-00069 JMS/LEK; Order Adopting Magistrate's Findings and Recommendation to Grant
Receiver's Motion for Authority to Commence Litigation to Recover Fraudulent Transfers and
Other Claims, For Authority to Make Settlement Offers, And For Subsequent Settlement
Authority; and Granting Receiver's Request to File Under Seal the Recommendation Regarding
Authority to Make Settlement