IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION , | ) ) ) | CIV. NO. 09-00068 JMS-LEK<br>CIV. NO. 09-00069 JMS-LEK |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER ADOPTING MAGISTRATE'S FINDINGS AND |
| BILLION COUPONS, INC., ET AL. | ) ) | RECOMMENDATION TO GRANT RECEIVER'S MOTION TO |
| Defendants.<br>_____ | ) ) ) | ESTABLISH PROCEDURE FOR THE SALE OF PERSONAL AND REAL PROPERTY IN THE |
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | RECEIVERSHIP ESTATE |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| BILLION COUPONS, INC., ET AL. | ) ) | |
| Defendants.<br>_____ | ) ) ) | |

ORDER ADOPTING MAGISTRATE'S  FINDINGS AND RECOMMENDATION TO GRANT RECEIVER'S MOTION TO ESTABLISH PROCEDURE FOR THE SALE OF PERSONAL AND REAL PROPERTY IN THE RECEIVERSHIP ESTATE

Findings and Recommendation to Grant Receiver's Motion to

Establish Procedure for the Sale of Personal and Real Property in the Receivership

Estate having been filed and served on all parties on July 13, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 29, 2009.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*U. S. Commodity Futures v. Billion Coupons, Inc., et al.*, Civ. No. 09-00068 JMS/LEK, Civ. No. 09-00069 JMS/LEK; Order Adopting Magistrate's Findings and Recommendation to Grant Receiver's Motion to Establish Procedure for the Sale of Personal and Real Property in the Receivership Sale